Julie A. Ostil, Esq. (SBN 215202)
Law Office of Julie A. Ostil
2010 Crow Canyon Place
Suite 100
San Ramon, CA 94583
Tel: 925.265.8257
Fax: 925.905.5328
jostil@ostillaw.com

Attorneys for Plaintiff:
CONNIE ARNOLD

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE ARNOLD,<br><br>  Plaintiff,<br><br>vs.<br><br>BRINKER RESTAURANT CORPORATION; 200 SERRA WAY LLC; and Does 1-10, Inclusive,<br><br>  Defendants | Case No.: C10-00237 PVT<br>Civil Rights<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR BRINKER RESTAURANT CORPORATION TO RESPOND TO COMPLAINT AND FOR PARTIES TO COMPLETE JOINT INSPECTION** |

It is hereby stipulated between plaintiff's counsel and counsel for defendant BRINKER RESTAURANT CORPORATION ("Brinker") that Brinker shall be given to and including May 17, 2010 to respond to the Complaint, and that the joint site inspection deadline be continued to May 31, 2010.  Brinker's lead counsel is awaiting admission to the Northern District of California so that she may represent her client in this matter.  Although the complaint has been sent out for service, the agent for service of process for the remaining defendant, 200 Serra Way LLC, has not yet been personally served and the defendant has not yet appeared in the action, so the inspection cannot go forward by the due date.

The undersigned parties will work diligently and cooperatively on this matter and will conduct a joint site inspection with all parties at the earliest possible opportunity.

**Stipulation to Extend Time:**
**Case No. C10-00237 PVT**                                                                                           1

LAW OFFICE OF
JULIE A. OSTIL
2010 Crow Canyon Place
Suite 100
San Ramon, CA 94583
925.265.8257
www.ostillaw.com

C:\Users\OWNER\Documents\work\ostil law office\cases\C\Chili's\pleadings\stip to extend time.doc

Dated: April 21, 2010                        JULIE A. OSTIL
                                             LAW OFFICE OF JULIE A. OSTIL


                                             /s/ Julie Ostil_____
                                             Attorneys for Plaintiff
                                             CONNIE ARNOLD


Dated: April 21, 2010                        YOKA & SMITH LLP


                                             /s/ Kelly Douglas_____
                                             Attorneys for Defendant
                                             BRINKER RESTAURANT
                                             CORPORATION

## ORDER

IT IS SO ORDERED. Brinker Restaurant Corporation's time to respond to the complaint shall be extended to and including May 17, 2010. The time for the parties to complete the required Joint Site Inspection shall be extended to May 31, 2010.

Dated: _4/22/10_

                                             Patricia V. Trumbull
                                             U.S. Magistrate Judge

LAW OFFICE OF
JULIE A. OSTIL
2010 Crow Canyon Place
Suite 100
San Ramon, CA 94583
925.265.8257
www.ostillaw.com

Stipulation to Extend Time:
Case No. C10-00237 PVT                                                                    2

C:\Users\OWNER\Documents\work\ostil law office\cases\C\Chili's\pleadings\stip to extend time.doc