Julie A. Ostil, Esq. (SBN 215202)
Law Office of Julie A. Ostil
2010 Crow Canyon Place
Suite 100
San Ramon, CA 94583
Tel: 925.265.8257
Fax: 925.905.5328
jostil@ostillaw.com

Attorneys for Plaintiff:
CONNIE ARNOLD

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CONNIE ARNOLD,

    Plaintiff,

vs.

BRINKER RESTAURANT CORPORATION; 200 SERRA WAY LLC; and Does 1-10, Inclusive,

    Defendants

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: C10-00237 PVT

**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT AND FOR PARTIES TO COMPLETE JOINT INSPECTION**

It is hereby stipulated between plaintiff's counsel and counsel for defendants, BRINKER RESTAURANT CORPORATION and 200 SERRA WAY LLC ("Defendants") that Defendants shall be given to and including June 1, 2010 to respond to the Complaint, and that the joint site inspection deadline be continued to June 15, 2010.  Defendant, 200 SERRA WAY LLC was recently served and the parties have been working diligently to gather information in preparation for the initial disclosures pursuant to Rule 26(a), and to coordinate the joint site inspection in accordance with General Order No. 56.

The undersigned parties will work diligently and cooperatively on this matter and will conduct a joint site inspection with all parties at the earliest possible opportunity.

**Stipulation and Order to Extend Time**

1

LAW OFFICE OF
JULIE A. OSTIL
2010 Crow Canyon Place
Suite 100
San Ramon, CA 94583
925.265.8257
www.ostillaw.com

C:\Users\OWNER\Documents\work\ostil law office\cases\C\Chili's\pleadings\stip to extend time_02.doc.DOC

| | |
|---|---|
| Dated: May 17, 2010 | JULIE A. OSTIL<br>LAW OFFICE OF JULIE A. OSTIL<br><br>  /s/ Julie Ostil<br>~~Attorneys for Plaintiff~~<br>CONNIE ARNOLD |
| Dated: May 17, 2010 | YOKA & SMITH LLP<br><br>  /s/ Kelly M. Douglas<br>~~Attorneys for Defendant~~<br>BRINKER RESTAURANT CORPORATION |
| Dated: May 17, 2010 | JACKSON, DeMARCO, TIDUS & PECKENPAUGH<br><br>  /s/ Charles M. Clark<br>~~Attorneys for Defendant~~<br>200 SERRA WAY LLC |

### ORDER

IT IS SO ORDERED.  Defendants, Brinker Restaurant Corporation and 200 Serra Way LLC's time to respond to the complaint shall be extended to and including June 1, 2010.  The time for the parties to complete the required Joint Site Inspection shall be extended to June 15, 2010.

Dated: __5/20/2010____

*Patricia V. Trumbull*
Patricia V. Trumbull
U.S. Magistrate Judge

**Stipulation and Order to Extend Time**                                                                 2

LAW OFFICE OF
JULIE A. OSTIL
2010 Crow Canyon Place
Suite 100
San Ramon, CA 94583
925.265.8257
www.ostillaw.com

C:\Users\OWNER\Documents\work\ostil law office\cases\C\Chili's\pleadings\stip to extend time_02.doc.DOC