UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CONNIE ARNOLD,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BRINKER RESTAURANT CORPORATION, et al.,<br><br>　　　　　Defendants. | Case No.: C 10-00237 PSG<br><br>**FURTHER SCHEDULING ORDER** |

　　　IT IS HEREBY ORDERED that a status conference shall be held on May 10, 2011 at 2 p.m. and each party shall file a case status statement no later than May 3, 2011. Plaintiff and Defendants may appear by telephone at the status conference. Any party wishing to appear by telephone shall make arrangements by contacting Oscar Rivera, courtroom deputy to the undersigned.

Dated: April 13, 2011

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　PAUL S. GREWAL
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER