1  M. ALIM MALIK (SBN 145546)
   amalik@jdtplaw.com
2  CHARLES M. CLARK (SBN 244535)
   cclark@jdtplaw.com
3  JACKSON, DeMARCO, TIDUS & PECKENPAUGH
   2030 Main Street, Suite 1200
4  Irvine, California 92614
   (949) 752-8585
5

6  Attorneys for Defendant
   200 SERRA WAY LLC
7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11 | CONNIE ARNOLD,                          | CASE NO. C10-00237 PVT
                                              | Civil Rights
12 |          Plaintiff,

13 | vs.
                                              | **STIPULATION AND ~~(PROPOSED)~~
14 | BRINKER RESTAURANT                       | ORDER FOR CONTINUANCE OF THE
   | CORPORATION; 200 SERRA WAY               | STATUS CONFERENCE**
15 | LLC; and DOES 1 to 10, Inclusive,

16 |          Defendants.

-1-

**STIPULATION AND ~~(PROPOSED)~~ ORDER FOR CONTINUANCE
OF THE STATUS CONFERENCE**

1   On April 13, 2011, the Court Ordered that a Status Conference be held on May 10, 2011
2   at 2 p.m.  On April 18, 2011, the Court appointed Mediator, Robin Siefkin, filed a Certification
3   Of ADR Session indicating that the parties have fully settled this matter.  The parties are currently
4   reducing the settlement agreement to writing and request the Court continue the Status
5   Conference for 60 days to allow the settlement agreement to be finalized and fully executed.
6   IT IS HEREBY STIPULATED, by and between Plaintiff CONNIE ARNOLD
7   ("Plaintiff"), Defendant BRINKER RESTAURANT CORPORATION and Defendant 200
8   SERRA WAY LLC ("200 Serra Way") that the Status Conference scheduled for May 10, 2011 at
9   2 p.m. be continued for 60 days to allow the parties to finalize and fully execute a settlement
10  agreement.

April 20, 2011                                  LAW OFFICE OF JULIE A. OSTIL

                                                /s/ Julie Ostil
                                                Julie A. Ostil, Esq.
                                                Attorneys for Plaintiff
                                                CONNIE ARNOLD

April 20, 2011                                  JACKSON DeMARCO TIDUS &
                                                PECKENPAUGH

                                                /s/ Charles M. Clark
                                                Charles M. Clark, Esq.
                                                Attorneys for Defendant
                                                200 SERRA WAY LLC

April 20, 20                                    YOKA & SMITH, LLC

                                                /s/ Kelly M. Douglas
                                                Kelly M. Douglas, Esq.
                                                Attorneys for Defendant
                                                BRINKER RESTAURANT CORPORATION

-2-

**STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE
OF THE STATUS CONFERENCE**

## ORDER

The Court having reviewed the parties' stipulation and good cause appearing, HEREBY ORDERS THAT:

The Status Conference scheduled for May 10, 2011 at 2 p.m. is continued ~~for 60 days~~ to July 12, 2011 at 2 p.m.

DATED: APRIL 22, 2011

BY: *Paul S. Grewal*
PAUL S. GREWAL
UNITED STATES MAGISTRATE JUDGE

6482-85524\1029896.1