**CHRISTOPHER P. LEYEL (SBN 161755)**
cleyel@yokasmith.com
**ALICE L. CHEN (SBN 251654)**
achen@yokasmith.com
**YOKA & SMITH, LLP**
**777 S. Figueroa Street, Suite 4200**
**Los Angeles, California 90017**
**Phone: (213) 427-2300**
**Fax:    (213) 427-2330**

Attorneys for Defendant BRINKER RESTAURANT CORPORATION

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE ARNOLD,<br><br>    Plaintiff,<br><br>v.<br><br>BRINKER RESTAURANT CORPORATION; 200 SERRA WAY LLC; and Does 1-10, Inclusive<br><br>    Defendants. | Case No.: C10-00237-PSG<br>Assigned to Judge Paul S. Grewal<br><br>**STIPULATION AND ORDER FOR CONTINUANCE OF THE STATUS CONFERENCE** |

  On April 18, 2011, the Court appointed Mediator, Robin Siefkin, filed a Certification of ADR Session indicating that the parties have fully settled this matter. On April 22, 2011, the Court continued the Status Conference from May 10, 2011 at 2 p.m. to July 12, 2011 at 2 p.m.  The parties continue to negotiate and finalize the terms of the settlement agreement.  The parties hereby request that the Court continue the Status Conference for 30 days to allow the settlement agreement to be finalized and fully executed.

1

372709.1

It is hereby stipulated by and between plaintiff's counsel and counsel for defendants, BRINKER RESTAURANT CORPORATION and 200 SERRA WAY LLC ("Defendants") that the Status Conference currently scheduled for July 12, 2011 at 2 p.m. be continued for 30 days, or as soon thereafter as is available on the Court's calendar.

Dated: July 5, 2011                     JULIE A. OSTIL
                                        LAW OFFICE OF JULIE A. OSTIL

                                        __/s/ Julie Ostil_____
                                        Attorneys for Plaintiff
                                        CONNIE ARNOLD

Dated: July 5, 2011                     YOKA & SMITH, LLP

                                        _/s/  Christopher P. Leyel_____
                                        Attorneys for Defendant
                                        BRINKER RESTAURANT
                                        CORPORATION

Dated: July 5, 2011                     JACKSON, DeMARCO, TIDUS &
                                        PECKENPAUGH

                                        _/s/  Charles M. Clark_____
                                        Attorneys for Defendant
                                        200 SERRA WAY LLC

## **ORDER**

The Court, having reviewed the parties' stipulation and good cause appearing therefore, hereby ORDER that:

The Status Conference scheduled for July 12, 2011 at 2 p.m. is continued to August 19, 2011 at 2 p.m.

Dated: July 6, 2011                     _____
                                        PAUL S. GREWAL
                                        United States Magistrate Judge

2

372709.1