CHRISTOPHER P. LEYEL (SBN 161755)
cleyel@yokasmith.com
ALICE L. CHEN (SBN 251654)
achen@yokasmith.com
YOKA & SMITH, LLP
777 S. Figueroa Street, Suite 4200
Los Angeles, California 90017
Phone: (213) 427-2300
Fax:   (213) 427-2330

Attorneys for Defendant BRINKER RESTAURANT CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE ARNOLD,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BRINKER RESTAURANT CORPORATION; 200 SERRA WAY LLC; and Does 1-10, Inclusive<br><br>　　　　Defendants. | Case No.: C10-00237-PSG<br>Assigned to Judge Paul S. Grewal<br><br>**STIPULATION AND [xxxxxxxxxx]<br>ORDER FOR CONTINUANCE OF<br>THE STATUS CONFERENCE** |

On April 18, 2011, the Court appointed Mediator, Robin Siefkin, filed a Certification of ADR Session indicating that the parties have fully settled this matter. On April 22, 2011, the Court continued the Status Conference from May 10, 2011 at 2 p.m. to July 12, 2011 at 2 p.m. The Status Conference is currently scheduled for August 30, 2011 at 2 p.m. The parties continue to negotiate and finalize the terms of the settlement agreement and have exchanged multiple revisions. Finalization of the settlement agreement was delayed by the negotiation

1

372709.1

and renewal of the lease agreement for the premises as between defendants 200 SERRA WAY LLC and BRINKER RESTAURANT CORPORATION. Renewal of the lease agreement is expected to be completed shortly. The parties hereby request that the Court continue the Status Conference for 30 days to allow the lease agreement and settlement agreement to be finalized and fully executed. The parties are available for a telephonic conference with the Court, should the Court require further discussion of the foregoing.

It is hereby stipulated by and between plaintiff CONNIE ARNOLD's counsel and counsel for defendants, BRINKER RESTAURANT CORPORATION and 200 SERRA WAY LLC ("Defendants") that the Status Conference currently scheduled for August 30, 2011 at 2 p.m. be continued for 30 days, or as soon thereafter as is available on the Court's calendar.

Dated: August 25, 2011

JULIE A. OSTIL
LAW OFFICE OF JULIE A. OSTIL

/s/ Julie Ostil
Attorneys for Plaintiff
CONNIE ARNOLD

Dated: August 25, 2011

YOKA & SMITH, LLP

/s/ Christopher P. Leyel
Attorneys for Defendant
BRINKER RESTAURANT CORPORATION

Dated: August 25, 2011

JACKSON, DeMARCO, TIDUS & PECKENPAUGH

/s/ Charles M. Clark
Attorneys for Defendant
200 SERRA WAY LLC

///
///
///

2

372709.1

## **ORDER**

The Court, having reviewed the parties' stipulation and good cause appearing therefore, hereby ORDER that:

The Status Conference scheduled for August 30, 2011 at 2 p.m. is continued to _____10/11/_____, 2011 at 2 p.m.

Dated: 8/25/2011

　　　　　　　　　　　　　　　　　　　　／s／ Paul S. Grewal
　　　　　　　　　　　　　　　　　　　　PAUL S. GREWAL
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

3

372709.1

| | |
|---|---|
| **PROOF OF SERVICE** | *Arnold v. Brinker Restaurant Corp., et al.* |
| 1013A (3) CCP Revised 5/1/88 | USDC Case No.: C10-00237-PSG |

UNITED STATES DISTRICT COURT – NORTHERN DISTRICT OF CALIFORNIA

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 777 South Figueroa St., Suite 4200, Los Angeles, California 90017.

On August 25, 2011, I served the foregoing document(s) described as **STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF THE STATUS CONFERENCE** on the interested party or parties in this action by placing [ ] the original and/or [XX] a true copy thereof, enclosed in a sealed envelope, and addressed as follows:

**PLEASE SEE ATTACHED SERVICE LIST**

[ ] (BY MAIL) I deposited such envelope via U.S. Postal Service in Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

[X] (E-FILE).

[ ] (BY FACSIMILE) I sent this document via facsimile, number(s) as listed on the mailing list above, on _____.

[ ] (BY PERSONAL SERVICE) Such envelope was delivered by FLEET COURIERS and handed to the addressee(s) on _____.

[ ] (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[X] (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 25, 2011, at Los Angeles, California.

                                             /S/ Diana Calle
                                             Diana Calle

| | |
|---|---|
| Julie A. Ostil, Esq.<br>Law Office of Julie A. Ostil<br>44 Montgomery Street, Suite 2110<br>San Francisco, CA 94104<br>Tel. (925) 321-2425<br>Fax: (925) 905-5328<br><br>*Attorneys for plaintiff, Connie Arnold* | Charles M. Clark, Esq.<br>Jackson, DeMarco, Tidus &<br>Peckenpaugh<br>2030 Main Street, Ste. 1200<br>Irvine, CA 92614<br>Tel. (949) 851-7659<br><br>*Attorneys for Defendant, 200 Serra Way LLC* |

369535.1