RUTH MIJUSKOVIC (SBN 77436)
rmijuskovic@jdtplaw.com
M. ALIM MALIK (SBN 145546)
amalik@jdtplaw.com
CHARLES M. CLARK (SBN 244535)
cclark@jdtplaw.com
JACKSON, DeMARCO, TIDUS & PECKENPAUGH
2030 Main Street, Suite 1200
Irvine, California 92614
(949) 752-8585

Attorneys for Defendant
200 SERRA WAY LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE ARNOLD,<br><br>    Plaintiff,<br><br>v.<br><br>BRINKER RESTAURANT CORPORATION; 200 SERRA WAY LLC; and Does 1-10, Inclusive<br><br>    Defendants. | Case No.: 5:10-00237-PSG<br>Assigned to Judge Paul S. Grewal<br><br>**STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF THE STATUS CONFERENCE** |

On April 18, 2011, the Court appointed Mediator, Robin Siefkin, filed a Certification of ADR Session indicating that the parties have fully settled this matter. On April 22, 2011, the Court continued the Status Conference from May 10, 2011 at 2 p.m. to July 12, 2011 at 2 p.m. The Status Conference was then continued to August 30, 2011 at 2 p.m., and is now currently set for October 18, 2011 at 2 p.m. The parties believe the negotiations have concluded and the written agreement is being finalized. Previously, finalization of the settlement agreement

1

372709.1

106152 3.1

was delayed by the negotiation and renewal of the lease agreement for the premises as between defendants 200 SERRA WAY LLC and BRINKER RESTAURANT CORPORATION. Renewal of the lease agreement is expected to be completed shortly. The parties hereby request that the Court continue the Status Conference for 30 days to allow the lease agreement and settlement agreement to be finalized and fully executed. The parties are available for a telephonic conference with the Court, should the Court require further discussion of the foregoing.

It is hereby stipulated by and between plaintiff CONNIE ARNOLD's counsel and counsel for defendants, BRINKER RESTAURANT CORPORATION and 200 SERRA WAY LLC ("Defendants") that the Status Conference currently scheduled for October 18, 2011 at 2 p.m. be continued for 30 days, or as soon thereafter as is available on the Court's calendar.

Dated: October 13, 2011

JULIE A. OSTIL
LAW OFFICE OF JULIE A. OSTIL

/s/ Julie Ostil
Attorneys for Plaintiff
CONNIE ARNOLD

Dated: October 13, 2011

PETTIT KOHN INGRASSIA & LUTZ

/s/ Kelly M. Douglas
Attorneys for Defendant
BRINKER RESTAURANT CORPORATION

Dated: October 13, 2011

JACKSON, DeMARCO, TIDUS & PECKENPAUGH

/s/ Charles M. Clark
Attorneys for Defendant
200 SERRA WAY LLC

///

///

372709.1

1061523.1

///

## ORDER

The Court, having reviewed the parties' stipulation and good cause appearing therefore, hereby ORDER that:

The Status Conference scheduled for October 18, 2011 at 2 p.m. is continued to  November 15   , 2011 at 2 p.m.

Dated:  10/14/2011  

*/s/ Paul S. Grewal*
PAUL S. GREWAL
United States Magistrate Judge

372709.1

1061523.1

# PROOF OF SERVICE

***Connie Arnold v. Brinker Restaurant Corporation, et al.***
**District Court Case No. C10-00237 PVT**

I am employed in the County of Orange, State of California. My business address is Jackson, DeMarco, Tidus, & Peckenpaugh, 2030 Main Street, Suite 1200, Irvine, California 92614. I am over 18 years of age and am not a party to the above-captioned matter.

On October 13, 2011, I served on the interested parties in said action **STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF THE STATUS CONFERENCE** on all other parties and/or their attorney(s) of record to this action by electronic filing as follows:

| | |
|---|---|
| Julie A. Ostil, Esq.<br>Law Office of Julie A. Ostil<br>44 Montgomery Street<br>Suite 2110<br>San Francisco, CA 94104<br>Tel: 415.321.2425<br>Fax: 415.905.5328<br>jostil@ostillaw.com | Kelly Michelle Douglas, Esq.<br>Pettit Kohn Ingrassia & Lutz<br>9841 Airport Blvd., Suite 1030<br>Los Angeles, CA 90045<br>Tel: 310.649.5772<br>Fax: 310.649.5777<br>kdouglas@pettitkohn.com |

[ X ]   **NOTICE OF ELECTRONIC FILING:**   The counsel listed have consented to electronic service and have been automatically served by the Notice of Electronic Filing, which is automatically generated by CM/ECF at the time said document was filed, and which constitutes service pursuant to FRCP 5(b)(2)(D).

[ ]   **E-MAIL:**   By attaching a PDF of this document to an electronic mail sent to the e-mail address listed above, according to the parties' agreement.

[ ]   **FACSIMILE:**   By transmitting a facsimile of the same over the fax number listed above under the parties' agreement.

[ ]   **FIRST CLASS MAIL:**   By placing the same in a sealed, postage-paid envelope, addressed to the name and address listed above, according to the parties' agreement.

[ ]   **OVERNITE COURIER SERVICE:**   I caused the documents to be placed

in appropriate packaging and delivered via overnight courier to the offices of the addresses. Such envelope was deposited in or with a facility regularly maintained by the overnight courier service with delivery fees fully pre-paid or provided for.

[ ]   **PERSONAL DELIVERY**: On the date set fo rth below, I placed the above-referenced envelope(s) or package(s) in a box or location regularly maintained at my office for our messenger/courier service or I delivered the envelope(s) or package(s) to a courier or driver authorized by our messenger/courier service to receive documents. The package(s) was/were placed in a sealed envelope(s) or package(s) designated by our messenger/courier service with the delivery fees paid or provided for, addressed to the person(s) on whom it s to be personally served at the address(es) shown above as last given by that person on any document filed in this cause. The messenger/courier service was provided with instruction that the envelope or package be personally served on the addressee(s) on _____, 20__.

[ ]   (*State*) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[ X ]   **FEDERAL**:   I declare that I am employed in the office of a member of the California State Bar who is permitted to practice before this Court, at whose direction the service stated above was made, and declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on October 13, 2011, at Irvine, California.

*/s/ Suzanne Delaney*
Suzanne Delaney

-2-

PROOF OF SERVICE