RUTH MIJUSKOVIC (SBN 77436)
rmijuskovic@jdtplaw.com
M. ALIM MALIK (SBN 145546)
amalik@jdtplaw.com
CHARLES M. CLARK (SBN 244535)
cclark@jdtplaw.com
JACKSON, DeMARCO, TIDUS & PECKENPAUGH
2030 Main Street, Suite 1200
Irvine, California 92614
(949) 752-8585

Attorneys for Defendant
200 SERRA WAY LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE ARNOLD,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BRINKER RESTAURANT CORPORATION; 200 SERRA WAY LLC; and Does 1-10, Inclusive<br><br>　　　　　Defendants. | Case No.: 5:10-00237-PSG<br>Assigned to Judge Paul S. Grewal<br><br>**STIPULATION AND [XXXXXXXXXX] ORDER FOR CONTINUANCE OF THE STATUS CONFERENCE** |

On April 18, 2011, the Court appointed Mediator, Robin Siefkin, filed a Certification of ADR Session indicating that the parties have fully settled this matter. On April 22, 2011, the Court continued the Status Conference from May 10, 2011 at 2 p.m. to July 12, 2011 at 2 p.m. The Status Conference was then continued to August 30, 2011 at 2 p.m., then to October 18, 2011 at 2 p.m. and is now currently set for November 15, 2011. Previously, the finalization of the settlement agreement was delayed by the concurrent negotiations surrounding a

3

372709.1

1061523.2

lease renewal agreement between Defendants, 200 SERRA WAY, LLC and BRINKER RESTAURANT CORPORATION.

After lengthy negotiations, a written settlement agreement has now been finalized and the necessary signatures are being gathered. Accordingly, the parties hereby request that the Court continue the Status Conference for 30 days to allow the finalized written settlement agreement to be fully executed and the matter to be dismissed. The parties are available for a telephonic conference with the Court, should the Court require further discussion of the foregoing.

It is hereby stipulated by and between plaintiff CONNIE ARNOLD's counsel and counsel for defendants, BRINKER RESTAURANT CORPORATION and 200 SERRA WAY LLC ("Defendants") that the Status Conference currently scheduled for November 15, 2011 at 2 p.m. be continued for 30 days, or as soon thereafter as is available on the Court's calendar.

Dated: November 9, 2011                LAW OFFICE OF JULIE A. OSTIL

                                       /s/ Julie Ostil
                                       Attorneys for Plaintiff
                                       CONNIE ARNOLD

Dated: November 9, 2011                PETTIT KOHN INGRASSIA & LUTZ

                                       /s/ Kelly M. Douglas
                                       Attorneys for Defendant
                                       BRINKER RESTAURANT CORPORATION

Dated: November 9, 2011                JACKSON, DeMARCO, TIDUS & PECKENPAUGH

                                       /s/ Charles M. Clark
                                       Attorneys for Defendant
                                       200 SERRA WAY LLC

///

372709.1

1061523.2

## **ORDER**

The Court, having reviewed the parties' stipulation and good cause appearing therefore, hereby ORDERS that:

The Status Conference scheduled for November 15, 2011 at 2 p.m. is continued to December 20, 2011 at 2 p.m.

Dated: November 10, 2011

*Paul S. Grewal*
PAUL S. GREWAL
United States Magistrate Judge