Julie A. Ostil, Esq. (SBN 215202)
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
Tel: 415.321.2425
Fax: 925.905.5328
jostil@ostillaw.com

Attorneys for Plaintiff:
CONNIE ARNOLD

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE ARNOLD,<br><br>          Plaintiff,<br><br>     vs.<br><br>BRINKER RESTAURANT CORPORATION;<br>200 SERRA WAY LLC; and Does 1-10,<br>Inclusive,<br><br>          Defendants | Case No.: 5:10-cv-00237<br><u>Civil Rights</u><br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER FOR DISMISSAL** |

Plaintiff Connie Arnold and Defendants Brinker Restaurant Corporation and 200 Serra Way LLC, by and through their attorneys of record, file this Stipulation And Order For Dismissal pursuant to Federal Rule of Civil Procedure section 41.

Plaintiff filed this lawsuit on January 19, 2010.

Plaintiff and Defendants have entered into a Confidential Settlement Agreement and Mutual Release ("Release") which settles all aspects of the lawsuit. The Release states in part that "The court shall retain jurisdiction of the Litigation to enforce provisions and to resolve disputes arising hereunder as may be appropriate or necessary for the construction and execution of this Release thereon, and this Release shall either be an exhibit to the dismissal of the action or incorporated by reference into the dismissal as if set forth in full." The Release is incorporated by reference herein as if set forth in full.

Plaintiff and Defendants stipulate to the court retaining jurisdiction to enforce the Release.

**Stipulation and [Proposed] Order for Dismissal: Case No. 5:10-cv-00237**                    1

LAW OFFICE OF
JULIE A. OSTIL
2010 Crow Canyon Pl
Suite 100
San Ramon, CA 94583
925.265.8257
www.ostillaw.com

C:\Users\Julie\Documents\work\ostil law office\cases\C\Chili's\pleadings\stipulation for dismissal.doc

LAW OFFICE OF
JULIE A. OSTIL
2010 Crow Canyon Pl
Suite 100
San Ramon, CA 94583
925.265.8257
www.ostillaw.com

1  Plaintiff moves to dismiss with prejudice the lawsuit against Defendants.

2  Defendants, who have answered the complaint, agree to the dismissal.

3  This case is not a class action, and no receiver has been appointed.

4  This Stipulation and Order may be signed in counterparts, and facsimile or

5 electronically transmitted signatures shall be as valid and as binding as original signatures.

6 Wherefore, Plaintiff and Defendants, by and through their attorneys of record, so stipulate.

7

8

9  Dated: December 20, 2011                LAW OFICE OF JULIE A. OSTIL

10

11                                          /s/ Julie Ostil _____
                                            By: JULIE A. OSTIL
12                                          Attorneys for Plaintiff

13

14

15  Date: December 20, 2011                 PETTIT KOHN INGRASSIA & LUTZ PC

16

17                                          /s/_____
                                            By: KELLY M. DOUGLAS, ESQ.
18                                          Attorney for Defendant, BRINKER
                                            RESTAURANT CORPORATION
19

20

21

22  Date: December 20, 2011                 JACKSON DeMARCO TIDUS PECKENPAUGH

23

24                                          /s/_____
                                            By: CHARLES M. CLARK, ESQ.
25                                          Attorney for Defendant,
                                            200 SERRA WAY LLC
26
///
27
///
28
///

**Stipulation and [~~Proposed~~] Order for Dismissal: Case No. 5:10-cv-00237**                                                                                 2

**ORDER**

Pursuant to stipulation of the parties, **IT IS SO ORDERED**:

The lawsuit against Defendants is dismissed with prejudice. The Court shall retain jurisdiction to enforce the parties' Confidential Settlement Agreement and Mutual Release.

Dated: December 15, 2011

Hon. Paul S. Grewal
U.S. Magistrate Judge

LAW OFFICE OF
JULIE A. OSTIL
2010 Crow Canyon Pl
Suite 100
San Ramon, CA 94583
925.265.8257
www.ostillaw.com

**Stipulation and [~~Proposed~~] Order for Dismissal: Case No. 5:10-cv-00237**                    3

C:\Users\Julie\Documents\work\ostil law office\cases\C\Chili's\pleadings\stipulation for dismissal.doc